RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
201 W. Liberty Street, Suite 102
Reno, Nevada 89501
(775) 321-8451/Tel.
(775) 784-5369/Fax
chris_frey@fd.og

Attorney for JOSE EFRAIN LARIOS RIVERA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE EFRAIN LARIOS RIVERA,<br>JOSE BAUTISTA MIRANDA, and<br>RAMON LEON-VALDEZ,<br><br>Defendants. | Case No. 3:17-CR-00093-HDM-VPC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and JAMES KELLER, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for JOSE EFRAIN LARIOS RIVERA, DENNIS A. CAMERON, counsel for JOSE BAUTISTA MIRANDA, and JANICE ANNE HUBBARD, counsel for RAMON LEON-VALDEZ, that the Calendar Call currently scheduled for November 21, 2017, at 9:30 a.m., be vacated and continued to **January 24, 2018, at 9:30 a.m.,** and the trial scheduled for December 5, 2017, at 9:00 a.m., be vacated and continued to **February 12, 2018, at 9:00 a.m.**

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **December 29, 2017**, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **January 12, 2018**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **January 19, 2018**, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. The defendants are currently detained and does not oppose the requested continuance.

2. The failure to grant this continuance would deny counsel sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence. See 18 U.S.C. § 3161 (h)(7)(B)(iv).

3. Counsel for the defendants will need additional time to conduct investigation and complete research in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or be resolved through negotiations.

4. Should a resolution of this matter not be reached between the parties, defense counsel requires additional time within which to complete the investigation and to prepare legal defenses. Such an investigation will require interviewing witnesses, serving subpoenas, discussing key legal concepts and strategy with the defendant, and investigating potential mitigation evidence.

5. The additional time requested herein is not sought for the purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively and thoroughly research, prepare and file appropriate pretrial motions, and prepare for trial, taking into account the exercise of due diligence.

6. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and

3161(h)(B)(iv) in that failure to grant this continuance would result in a miscarriage of justice by denying counsel for the Defendants reasonable time necessary for effective preparation.

7. This is the first stipulation to continue the trial term, calendar call, and motions deadlines.

DATED this 17th day of November, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | STEVEN MYHRE<br>Acting United States Attorney |
|---|---|
| */s/ Christopher P. Frey*<br>By:_____<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for JOSE EFRAIN<br>     LARIOUS RIVERA | */s/ James E. Keller*<br>By:_____<br>JAMES E. KELLER<br>Assistant United States Attorney<br>Counsel for the Government |

Signature of Defendants attached.

3

RENE L. VALLADARES
Federal Public Defender

By: /s/ Christopher P. Frey
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Counsel for JOSE EFRAIN LARIOUS RIVERA


I agree to the attached continuance and waive my Speedy Trial rights as outlined above.

By: Jose Rivera
JOSE EFRAIN LARIOUS RIVERA,
Defendant

SIGNATURE PAGE FOR: 3:17-CR-00093-HDM-VPC
STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES (FIRST REQUEST)

By: *Dennis Cameron*
DENNIS A. CAMERN
Law Office of Dennis Cameron
Counsel for JOSE BAUTISTA MIRANDA

I agree to the attached continuance and waive my Speedy Trial rights as outlined above.

By: *Jose B Mira*
JOSE BAUTISTA MIRANDA,
Defendant

By: *Janice Hubbard*
JANICE ANNE HUBBARD
Law Office of Janice Hubbard, LLC
Counsel for RAMON LEON-VALDEZ


I agree to the attached continuance and waive my Speedy Trial rights as outlined above.

By: _____
RAMON LEON-VALDEZ,
Defendant

SIGNATURE PAGE FOR: 3:17-CR-00093-HDM-VPC
STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES (FIRST REQUEST)

# **ORDER**

Based upon the reasons set forth in the forgoing stipulation of the parties, the time between the current trial date of December 5, 2017, to the new trial date of **February 12, 2018,** is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (7)(B)(i), and (iv), for effective preparation by counsel, taking into account the exercise of due diligence, and in the interests of justice, which outweigh the defendant's and the public's interest in a speedy trial.

IT IS THEREFORE ORDERED that the parties herein shall have to and including **December 29, 2017,** to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including **January 12, 2018,** to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including **January 19, 2018,** to file any and all replies.

IT IS FURTHER ORDERED that the calendar call currently scheduled for November 21, 2017, at 9:30 a.m., be vacated and continued to **January 24, 2018, at 9:30 a.m.,** and the trial scheduled for December 5, 2017, at 9:00 a.m., be vacated and continued to **February 12, 2018, at 9:00 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben.**

The Court finds the need for this continuance outweighs the defendant's and the public's right to a speedy trial.

**IT IS SO ORDERED** this 17th day of November, 2017.

*/s/ Howard D. McKibben*

HOWARD D. MCKIBBEN
UNITES STATES DISTRICT JUDGE

4